# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

NAACP FAYETTE-SOMERVILLE BRANCH,
CHRISTINE WOODS, THOMAS GILMORE,
VELISA FITZPATRICK, WILLIE LUELLEN,
and MARANDY WILKERSON,

    Plaintiffs,

v.   Case No. 2:25-cv-02223-MSN-atc

FAYETTE COUNTY, TENNESSEE,
THE FAYETTE COUNTY BOARD OF
COUNTY COMMISSIONERS, FAYETTE
COUNTY ELECTION COMMISSION BOARD,
and JOSHUA J. TAPP, in his official capacity as
Fayette County Administrator of Elections,

    Defendants.

___

## ORDER GRANTING DEFENDANTS' MOTION TO STAY
___

    Before the Court is Defendants' Motion to Stay the Case (ECF No. 16, "Motion"), filed May 2, 2025. Plaintiffs consent to a temporary stay but reserve the right to seek relief from the stay or to amend their pleadings should the circumstances change.

    For good cause shown and in the interest of judicial economy and deference to the ongoing legislative process already underway, the Motion is hereby **GRANTED**. All proceedings in this matter are **STAYED** for 150 days from the date of this Order to permit Fayette County to complete its 2025 redistricting process.

    The parties are **ORDERED** to file a joint status report every 30 days from April 24, 2025, and/or immediately upon the adoption of a new redistricting plan, whichever occurs first.

**IT IS SO ORDERED**, this 5th day of May, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE