# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NAACP FAYETTE-SOMERVILLE BRANCH, CHRISTINE WOODS, THOMAS GILMORE, VELISA FITZPATRICK, WILLIE LUELLEN, and MARANDY WILKERSON<br><br>*Plaintiffs*,<br><br>vs.<br><br>FAYETTE COUNTY, TENNESSEE, THE FAYETTE COUNTY BOARD OF COUNTY COMMISSIONERS, FAYETTE COUNTY ELECTION COMMISSION BOARD, and JOSHUA J. TAPP, in his official capacity as Fayette County Administrator of Elections,<br><br>*Defendants*. | No. 2:25-cv-02223-MSN-atc |

## THE PARTIES' JOINT 30-DAY STATUS UPDATE

Pursuant to the Court's Order dated May 5, 2025, (Dkt. 17), the Parties submit this 30-day status update regarding Fayette County's redistricting efforts. Pursuant to the Resolution of Fayette County, the County Mayor reconvened the Redistricting Committee, which is tasked with leading the redistricting process and to report to the full Fayette County Commission. Pursuant to public notice, the Redistricting Committee has since convened and held two public meetings to begin its work. At its second meeting on May 21, 2025, the Redistricting Committee voted to recommend a single map to the Fayette County Commission. On June 24, 2025, the Board of County Commissioners will meet to discuss this recommended map. The Parties will continue to update the Court in accordance with the Court's May 5 Order.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/James I. Pentecost
James I. Pentecost (#11640)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
731-668-5995 (T)
731-668-7163 (F)
jpentecost@pgtfirm.com

s/ Jason B. Torchinsky
Jason B. Torchinsky
*Admitted pro hac vice*
Attorney for Defendants
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Defendants*

/s/ Breanna Williams
John S. Cusick*
Brenda Wright*
Breanna Williams
Allison Scharfstein*
Leah Aden*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Fl.
New York, NY 10006
Tel: (212) 965-2200
Fax (202) 226-7592
jcusick@naacpldf.org
bwright@naacpldf.org
bwilliams@naacpldf.org

ascharfstein@naacpldf.org
laden@naacpldf.org

/s/ Donald A. Donati
Donald A. Donati (TN Bar No. 8633)
Bryce W. Ashby (TN Bar No. 26179)
Melissa J. Stewart (TN Bar. No. 40603)
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
don@donatilaw.com
bryce@donatilaw.com
melissa@donatilaw.com

*Motion for admission forthcoming*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

Bryce William Ashby
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Breanna Della Williams
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street 5th Floor
New York, NY 10006

James I. Pentecost (#11640)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
731-668-5995 (T)
731-668-7163 (F)
jpentecost@pgtfirm.com

Jason B. Torchinsky
*Admitted pro hac vice*
Attorney for Defendants
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

on or before the filing date thereof.

    DATE:  This the 24th day of June, 2025.

                                                           By:   s/Jason Torchinsky
                                                                   Jason Torchinsky